MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DECEMBER 27, 2007

| HON. **BARBARA L. MAJOR** | DEPUTY CLERK: **M. BEHNING** |
|---|---|
| 07mj2891-BLM   USA   VS | CARMEN ORTIZ(1/C/SPA) |
| | 1: KRISTIN KRAUS |
| | AUSA: MICHELLE PETTIT |

REMOVAL/ID HEARING
================================================================
BLM07:1410-1417


DEFT WAIVES ID HEARING
WAIVER OF RULE 5(c) and 5.1(A) HEARINGS FILED
COURT ORDERS DEFT REMOVED FORTHWITH TO THE SOUTHERN DISTRICT OF NEW YORK
TO ADDRESS THE COMPLAINT FILED
WARRANT OF REMOVAL SUBMITTED